UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

BILLY D. OLIVIER                            CIVIL ACTION NO. 3:18-cv-00568

VERSUS                                       JUDGE _____

EXXON MOBIL CORPORATION          MAGISTRATE JUDGE _____

_____

**COMPLAINT**
_____

**NOW INTO COURT**, through undersigned counsel, comes Claimant, **BILLY D.**

**OLIVIER**, an individual of the full age of majority and citizen of the State of Louisiana, who

respectfully alleges:

1.

Made Defendants herein is **EXXON MOBIL CORPORATION,** a New Jersey

corporation which may be served through its registered agent for service of process in the State

of Louisiana: Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, LA 70802.

2.

Subject matter jurisdiction in this matter is founded under 28 U.S.C. § 1331 and/or 28

U.S.C. § 1332.

3.

On or about September 23, 2017, **EXXON MOBIL CORPORATION** was the owner

and/or operator of a platform located in Mississippi Canyon Block 280 of the Gulf of Mexico

and permanently affixed to the outer continental shelf off the coast of Louisiana.

4.

On or about September 23, 2017, **BILLY D. OLIVIER** worked as an Operator 2 for his employer, Weatherford International, LLC, on or about the fixed platform referenced in paragraph 3, above.

5.

While traversing **EXXON MOBIL CORPORATION's** fixed platform, **BILLY D. OLIVIER's** foot was caught in an unmarked and unblocked opening in the surface, causing him to fall in an uncontrolled manner and sustain personal injuries.

6.

Directly and solely as a result of the incident in question, **BILLY D. OLIVIER** sustained various severe injuries including, but not limited to, injuries to his back requiring surgical intervention.

7.

The incident in question and **BILLY D. OLIVIER's** injuries were caused by the negligence and/or fault of Defendant in the following non-exclusive ways:

A. Creating and/or permitting the existence of one or more unreasonably dangerous conditions of its fixed platform;

B. Failing to properly remedy one or more unreasonably dangerous conditions of the fixed platform, both known and unknown;

C. Failing to provide a safe place for the performance of work operations;

D. Failing to do what should have been done so as to avoid the incident alleged herein;

E. Negligent supervision, hiring, training and/or entrustment with respect to personnel running and/or operating the fixed platform;

F.  Failing to comply with responsibilities relating to the maintenance and operation
of the fixed platform, whether imposed by contract or law;

G.  Failing to comply with applicable government regulations;

H.  Any and all other acts of negligence and/or fault established through discovery
and/or shown at the trial of this matter.

8.

Governmental statutes/regulations pertaining to activities on offshore structures, vessels,
and/or facilities were violated by Defendant, either directly or by those for which Defendant is
responsible, such that Defendant was negligent and/or negligent *per se*.

9.

**BILLY D. OLIVIER** bears no fault whatsoever in causing or contributing to the
incident, injuries, or damages at issue.

10.

Defendant is liable to **BILLY D. OLIVIER** under Louisiana law, including but not
limited to provisions of the Louisiana Civil Code (e.g., articles 2315, 2316, 2317, 2317.1, and
2322) pursuant to the Outer Continental Shelf Lands Act and/or under any other law found to be
applicable to this cause of action.

11.

As a result of the injuries he sustained in the incident at issue, **BILLY D. OLIVIER** is entitled to recover the following general and special damages suffered in the past and future from Defendant:

A. Loss of wages, loss of earning capacity, and loss of fringe benefits;

B. Physical pain and suffering;

C. Mental pain and suffering;

D. Disability, disfigurement and/or loss of enjoyment of life;

E. Medical expenses; and

F. Any and all other general and/or special damages recoverable under the applicable law(s).

**WHEREFORE**, Claimant, **BILLY D. OLIVIER**, prays that Defendant, **EXXON MOBIL CORPORATION**, be cited and summoned to appear and answer this lawsuit within the legal delays allowed by law and that there be judgment in favor of Claimant and against Defendant in the full and true sum of an amount of damages, both general and special, as is reasonable in the premises, plus legal interest thereon from date appropriate under the law until paid, all costs of these proceedings, and all other just and equitable relief to which he is entitled.

Respectfully submitted,

**DOMENGEAUX WRIGHT ROY & EDWARDS LLC**

By:    *s/ Andrew J. Quackenbos*
James Parkerson Roy (La. Bar No. 11511)
Andrew J. Quackenbos, Lead Attorney (La. Bar No. 31924)
John Parkerson Roy (La. Bar No. 32048)
556 Jefferson Street, Suite 500
Lafayette, LA 70501
Phone: 337-233-3033
Fax: 337-232-8213
jimr@wrightroy.com
andrewq@wrightroy.com
johnr@wrightroy.com
**ATTORNEYS FOR PLAINTIFF**

**SERVICE INFORMATION:**

**EXXON MOBIL CORPORATION**
Through its Registered Agent for Service:
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA  70802